# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
|  | ) | |
| Plaintiff(s), | ) | |
|  | ) | |
| vs. | ) | Case No. |
|  | ) | |
|  | ) | |
|  | ) | |
| Defendant(s). | ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1.   If the subject organization is a corporation,

    a.   Its parent companies or corporations (if none, state "none"):

    b.   Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c.   Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2.   If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: Partners: Central Florida Investments, Inc. (Florida corporation); Westgate Resorts, Inc. (Florida corporation); and David A. Siegel Irrevocable Trust (Florida trust)

```
                    _____
                    Signature (Counsel for Plaintiff/Defendant)
                    Print Name: _____
                    Address: _____
                    City/State/Zip: _____
                    Phone: _____
```

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

```
                    _____
                              Signature
```